JOHN J. NELSON (SBN 317598)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 92101
Telephone: (858) 209-6941
JNELSON@MILBERG.COM

[ADDITIONAL SIGNATURE BLOCKS LISTED BELOW]

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., individually and on behalf of all similarly situated persons,<br><br>              Plaintiff,<br><br>     v.<br><br>MEDTRONIC MINIMED, INC. and MINIMED DISTRIBUTION CORP.,<br><br>              Defendants. | **Case No. 2:23-cv-07154-JLS-PVC**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**DATE:      AUGUST 2, 2024**<br><br>**TIME:       10:30 A.M.**<br><br>**COURTROOM:  8A**<br><br>**JUDGE JOSEPHINE L. STATON** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE THAT** on August 2, 2024, at 10:30 A.M., or as soon thereafter as counsel may be heard, before the Honorable Judge Josephine L. Staton, at First Street Courthouse, 350 West 1st Street, Courtroom 8A, 8th Floor, Los Angeles, California 90012-4565, Plaintiff will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 23, for an order granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement.

Plaintiff bases this Motion for Preliminary Approval of Class Action Settlement on: this Notice; the Memorandum of Points and Authorities filed in support thereof; the Settlement Agreement and Release ("Settlement Agreement") and all exhibits attached thereto; the Declaration of John J. Nelson in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Nelson Decl."); all other records and papers on file in this action; any oral argument on the Motion; and all other matters properly before the Court.

Plaintiff seeks an order pursuant to Federal Rule of Civil Procedure 23(b)(3) certifying the Settlement Class more fully described in the Settlement Agreement, attached to the Motion for Preliminary Approval as Exhibit 1; preliminarily approving the Settlement as fair, reasonable, and adequate; directing notice to be disseminated to the Settlement Class in the form and manner proposed by the parties as set forth in the Settlement Agreement and attached as Exhibits A, B, C and D thereto; appointing Simpluris to serve as the Settlement Administrator; appointing Plaintiff as the Class Representative and the undersigned attorneys as Class Counsel; and setting a hearing date and schedule for final approval of the Settlement and consideration of Class Counsel's forthcoming motion for an award of fees, costs, expenses, and service awards.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place at the mediation on April 9, 2024, and at numerous times and on numerous dates thereafter.

Date: June 21, 2024

Respectfully Submitted,

*/s/  John J. Nelson*
John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 92101
Telephone: (858) 209-6941
jnelson@milberg.com

Jonathan T. Deters (pro hac vice)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
Fax: (513) 665-0219
*jdeters@msdlegal.com*

Bryan L. Bleichner
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612)-336-2940
bbleichner@chestnutcambronne.com

**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION**
**FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**