John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Tel.: (858) 209-6941
jnelson@milberg.com

*Attorneys for Plaintiff*

[ADDITIONAL SIGNATURE BLOCKS LISTED BELOW]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.H., individually and on behalf of all similarly situated persons, | Case No. 2:23-cv-07154-JLS-PVC |
| Plaintiff, | **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |
| v. | |
| MEDTRONIC MINIMED, INC. and MINIMED DISTRIBUTION CORP., | JUDGE JOSEPHINE L. STATON |
| Defendants. | |

# PLAINTIFF'S MOTION FOR
# FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that on July 11, 2025 at 10:30 a.m., or as soon thereafter as the matter may be heard before the Honorable Josephine L. Staton, in Courtroom 8A of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, CA 900012, Plaintiff A.H. ("Plaintiff"), will, and hereby does, move the Court under Federal Rule of Civil Procedure 23 for an Order: (a) finding that the proposed settlement ("Settlement") is fair, reasonable, and adequate, and granting final approval of the Settlement; (b) finding that the form and substance of the class notice, as well as the proposed methods of disseminating notice to the Settlement Class, constitutes reasonable and the best practicable notice; (c) certifying the Settlement Class for settlement purposes; and (d) directing that judgment be entered dismissing with prejudice all individual and class claims asserted in the litigation.

This Motion is supported by the Memorandum of Points and Authorities, the Declaration of John Nelson in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; the Declaration of Meagan Brunner of Simpluris, Inc. Regarding Notice and Settlement Administration; the [Proposed] Final Approval Order; the pleadings and records on file in this action; and such other matters and argument as the Court may consider at the hearing of this Motion.

Dated June 13, 2025

Respectfully submitted,

*/s/ John J. Nelson*
John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, MA 92101
Telephone: (858) 209-6941
jnelson@milberg.com

Jonathan T. Deters (pro hac vice)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
Fax: (513) 665-0219
jdeters@msdlegal.com

Bryan L. Bleichner
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612)-336-2940
bbleichner@chestnutcambronne.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 13, 2025 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ John J. Nelson*
JOHN J. NELSON