**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ariel Hod., individually and on behalf of all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC MINIMED, INC. and MINIMED DISTRIBUTION CORP.,<br><br>Defendants. | Case No. 2:23-cv-07154-JLS-PVC<br><br>**JUDGMENT** |

Pursuant to the Court's Order (1) Granting Plaintiff's Motion for Final Approval of Class Settlement; and (2) Granting in Part Plaintiff's Motion for Attorneys' Fees, Costs, and Service Award (Doc. 75), IT IS ADJUDGED THAT:

1. The Court GRANTS certification of the Settlement Class for the reasons discussed in the Court's Conditional Preliminary Approval, Preliminary Approval, and Final Approval Orders. The Settlement Class is defined as "all registered InPen App users who, from September 2020 through April 13, 2023, used MiniMed's Digital Platforms while residing in the United States."

2. The Court GRANTS final approval to the Settlement. The Parties shall perform their obligations pursuant to the terms of the Agreement and the Final Approval Order.

3. Plaintiff Ariel Hod shall be paid an incentive award of $2,500.00 in accordance with the Final Approval Order.

4. Class Counsel shall be paid $158,333.00 in attorneys' fees, and $5,588.44 in costs in accordance with the Final Approval Order. Ten percent (10%) of the awarded attorneys' fees shall be withheld pending Class Counsel's submission of a Post-Distribution Status Report as detailed in the Final Approval Order and below.

5. The settlement administrator, Simpluris, shall be paid $24,968 for its fees and expenses in accordance with the terms of the Settlement Agreement and the Final Approval Order.

6. All Settlement Class members who did not validly and timely request exclusion from the Settlement have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

7. Class Counsel shall file a Post-Distribution Status Report within twenty-one (21) days after the substantial completion of distribution of the Settlement to Settlement Class Members who have submitted a claim, payment of attorneys' fees and costs, and payment of the service award to the Class Representative as set forth in the Final Approval Order.

The Clerk is DIRECTED to enter this Judgment.

**IT IS SO ORDERED**.

Dated:  September 24, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE